IN THE UNITED STATES DISTERICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

RACHELLE WINDHAM SHORTER                                      PLAINTIFF

VS.                                        CIVIL ACTION NO. 3:18-CV-717 HTW-LRA

FLORENCE FAMILY MEDICINE,
PLLC and ROBERT V. COLEMAN,                                   DEFENDANTS
INDIVIDUALLY

## FINAL JUDGMENT

The parties having entered a joint stipulation of dismissal with prejudice in this matter, and the court being satisfied that the issues have been resolved and settled, this court hereby enters this Final Judgment in accordance with Rule 58 of the Rules of Federal Procedure.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the above captioned cause of action is hereby Dismissed with Prejudice, each side to bear its own costs and expenses of this litigation.

**SO ORDERED AND ADJUDGED,** this the 28th day of February, 2020.

s/ HENRY T. WINGATE_____
UNITED STATES DISTRICT JUDGE